United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-03162-HWV
Sherry Lynn Young  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Jan 30, 2025     Form ID: ntcnfhrg     Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sherry Lynn Young, 5433 Peach Blossom Lane, Stewartstown, PA 17363-7640 |
| 5673924 | + | Adluvio Investments LLC, 5255 Marshall St, Unit 101, Arvada, CO 80002-3924 |
| 5673925 | + | Aero Energy, Mid Atlantic Cooperative Services, PO Box 45757, Baltimore, MD 21297-5757 |
| 5673926 | + | Antill Law Firm, 9737 Wadsworth Pkwy, Broomfield, CO 80021-4235 |
| 5673930 | + | BTE Technology, 7455-L New Ridge Road, Hanover, MD 21076-3143 |
| 5673937 | + | Colorado Department of Revenue, 1881 Pierce Street, Denver, CO 80214-1407 |
| 5674799 | + | Colorado Department of Revenue, Attn: Bankruptcy, 1881 Pierce St., Rm 104, Lakewood, CO 80214-1424 |
| 5673949 | + | Law Offices of Leonard R Higdon, 6565 S Dayton St, Ste 3650, Englewood, CO 80111-6140 |
| 5673950 | + | Maui Mastermind, PO Box 1597, Jackson, WY 83001-1597 |
| 5673953 | + | SalesForce Tower, 415 Mission Street, 3rd Floor, San Francisco, CA 94105-2504 |
| 5673955 | + | Starting Point Rehabilitation, Inc., 5255 Marshall Street, Suite 101, Arvada, CO 80002-3924 |
| 5673956 | + | UPMC, PO Box 826813, Philadelphia, PA 19182-6813 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5673927 | | Email/Text: bankruptcy@bhg-inc.com | Jan 30 2025 18:36:00 | Bankers Healthcare Group, 10234 W. State Road 84, Fort Lauderdale, FL 33324 |
| 5673928 | | Email/Text: bankruptcy@bhg-inc.com | Jan 30 2025 18:36:00 | Bankers Healthcare Group, BHG Financial, 201 Solar Street, Syracuse, NY 13204 |
| 5680830 | | Email/Text: bankruptcy@bhg-inc.com | Jan 30 2025 18:36:00 | Bankers Healthcare Group, LLC, 201 Solar Street, Syracuse, NY 13204 |
| 5673929 | + | Email/Text: bankruptcies@bayfirstfinancial.com | Jan 30 2025 18:36:00 | Bay First National Bank, 700 Central Ave Mail code 206, Saint Petersburg, FL 33701-3631 |
| 5673932 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2025 18:39:45 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5673931 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2025 18:39:37 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5673933 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2025 18:39:31 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5673934 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2025 18:39:31 | Citibank, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5673935 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2025 18:39:32 | Citibank/Sears, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5673936 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2025 18:39:47 | Citibank/Sears, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5673939 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2025 18:39:47 | Costco Citi Card, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5673938 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 30 2025 18:39:32 | Costco Citi Card, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 5675570 | | Email/Text: mrdiscen@discover.com | Jan 30 2025 18:36:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5673941 | | Email/Text: mrdiscen@discover.com | Jan 30 2025 18:36:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 5673940 | | Email/Text: mrdiscen@discover.com | Jan 30 2025 18:36:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5673942 | | Email/Text: dplbk@discover.com | Jan 30 2025 18:36:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 5673943 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 30 2025 18:36:00 | Hyundai Motor Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 5673944 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 30 2025 18:36:00 | Hyundai Motor Finance, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 5685901 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 30 2025 18:36:00 | Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5673947 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 30 2025 18:39:45 | Jpmcb, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5673946 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 30 2025 18:39:31 | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 5679844 | + | Email/Text: RASEBN@raslg.com | Jan 30 2025 18:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5673948 | ^ | MEBN | Jan 30 2025 18:33:29 | Kubota Credit Corp, USA, PO Box 2046, Grapevine, TX 76099-2046 |
| 5685464 | + | Email/PDF: ebnotices@pnmac.com | Jan 30 2025 18:53:37 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5673952 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 30 2025 18:36:00 | PNC Financial, 300 5th Avenue, Pittsburgh, PA 15222-2401 |
| 5673951 | | Email/PDF: ebnotices@pnmac.com | Jan 30 2025 18:39:31 | Pennymac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5682239 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2025 18:39:39 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5673954 | + | Email/Text: bankruptcynotices@sba.gov | Jan 30 2025 18:36:00 | Small Business Administration, 660 American Ave #301, King of Prussia, PA 19406-4032 |
| 5684965 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 30 2025 18:36:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5673957 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 30 2025 18:36:00 | US Bank, PO Box 790408, Saint Louis, MO 63179-0408 |
| 5673958 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 30 2025 18:39:39 | Wells Fargo Bank, PO Box 50014, Roanoke, VA 24040-5014 |
| 5675649 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 30 2025 18:39:30 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**     **Bypass Reason**     **Name and Address**

| | | |
|---|---|---|
| 5673945 | | Internal Revenue Service |
| 5677306 | *+ | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2025　　　　　　　　　　　Signature:　　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Joseph Quinn | on behalf of Debtor 1 Sherry Lynn Young CourtNotices@RQPlaw.com general@RQPlaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Sherry Lynn Young,                               Chapter    13

    **Debtor 1**

                                                      Case No.    1:24−bk−03162−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**February 26, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: March 5, 2025 <br><br> Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Sylvia H. Rambo US Courthouse <br> 1501 N. 6th Street <br> Harrisburg, PA 17102 <br> (717) 901−2800 | **For the Court:** <br> Seth F. Eisenberg <br> Clerk of the Bankruptcy Court: <br> By: ChristinaEdris, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 30, 2025 |

ntcnfhrg (08/21)