IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 1:24-bk-03162-HWV |
| | ) | |
| SHERRY LYNN YOUNG | ) | CHAPTER 13 |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND OTHER INTERESTED PARTIES:

Please take notice that the undersigned firm of attorneys is appearing in the above-referenced case for BayFirst National Bank, a creditor of the Debtor and party in interest in this proceeding.

The undersigned, on behalf of BayFirst National Bank hereby requests that all notices and pleadings required to be given or served pursuant to the Bankruptcy Rules and any local rules governing notice, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Attn: Keri P. Ebeck
kebeck@bernsteinlaw.com

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

Respectfully submitted,
BERNSTEIN-BURKLEY, P.C.

/s/ Keri P. Ebeck
Keri P. Ebeck (PA 91298)
Attorney for Creditor
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
412-456-8112
kebeck@bernsteinlaw.com