Certificate Number: 05781-PAM-DE-039499741

Bankruptcy Case Number: 24-03162


05781-PAM-DE-039499741

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 31, 2025</u>, at <u>5:37</u> o'clock <u>AM PDT</u>, <u>Sherry Young</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>March 31, 2025</u>　　　By:　<u>/s/Allison M Geving</u>

　　　　　　　　　　　　　　　Name: <u>Allison M Geving</u>

　　　　　　　　　　　　　　　Title: <u>President</u>