UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SHERRY LYNN YOUNG,<br>    Debtor(s) | : CHAPTER 13<br>:<br>: |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | :<br>:<br>:<br>: |
| vs. | :<br>:<br>: |
| SHERRY LYNN YOUNG,<br>    Respondent(s) | :<br>: CASE NO. 1-24-bk-03162-HWV |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
FIRST AMENDED CHAPTER 13 PLAN

AND NOW, on this 30th day of July 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about May 5, 2025, be withdrawn as all issues have been resolved.

                                              Respectfully submitted:

                                              /s/Jack N. Zaharopoulos
                                              Standing Chapter 13 Trustee
                                              8125 Adams Drive, Suite A
                                              Hummelstown, PA 17036
                                              (717) 566-6097

CERTIFICATE OF SERVICE

        AND NOW, this 30th day of July 2025, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Joseph Quinn
Ross, Quinn & Ploppert, P.C.
192 S Hanover St Suite 101
Pottstown, PA 19464

                                   /s/Ashley Schott
                                   Office of Jack N. Zaharopoulos
                                   Standing Chapter 13 Trustee