U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Sherry Lynn Young, : Chapter 13
                    Debtor : No.: 1:24-bk-03162-HWV

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor, hereby certify that a true and correct copy of the Order Confirming Amended Chapter 13 Plan filed on April 7, 2025 was forwarded, as follows:

*Via Electronic Filing (ECF) to the following parties on August 1, 2025:*

Denise E. Carlon on behalf of Creditor PENNYMAC LOAN SERVICES, LLC
bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Keri P Ebeck on behalf of Creditor BayFirst National Bank
kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com; politicsci2@gmail.com; agilbert@bernsteinlaw.com; kebeck@ecf.courtdrive.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Jack N Zaharopoulos, Esq., Chapter 13 Trustee
ecf_pahu_alt@trustee13.com

*Via first class mail, postage pre-paid to the following parties on August 4, 2025:*

Sherry Lynn Young
5433 Peach Blossom Lane
Stewartstown, PA 17363

All creditors listed on the attached mailing matrix

                              **ROSS, QUINN & PLOPPERT, P.C.**

                              By: */s/ Joseph Quinn*
                                   Joseph Quinn, Esquire
                                   Attorney I.D. No. 307467
                                   192 S. Hanover Street, Suite 101
                                   Pottstown, PA 19464
                                   T: 610.323.5300
                                   F: 610.323.6081
                                   JQuinn@rqplaw.com
Date: August 4, 2025              Counsel for Debtor

1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:24-bk-03162-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Mon Aug  4 10:31:51 EDT 2025 | BayFirst National Bank<br>c/o Keri P. Ebeck<br>601 Grant Street<br>9th Floor<br>Pittsburgh, PA  15219, PA 15219-4430 | U.S. Bankruptcy Court<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102-1104 |
| Adluvio Investments LLC<br>5255 Marshall St, Unit 101<br>Arvada, CO 80002-3924 | Aero Energy<br>Mid Atlantic Cooperative Services<br>PO Box 45757<br>Baltimore, MD 21297-5757 | Antill Law Firm<br>9737 Wadsworth Pkwy<br>Broomfield, CO 80021-4235 |
| BTE Technology<br>7455-L New Ridge Road<br>Hanover, MD 21076-3143 | (p)BANKERS HEALTHCARE GROUP LLC<br>ATTN BANKRUPTCY DEPT<br>201 SOLAR STREET<br>SYRACUSE NY 13204-1425 | Bay First National Bank<br>700 Central Ave Mail code 206<br>Saint Petersburg, FL 33701-3631 |
| BayFirst National Bank<br>c/o Keri P. Ebeck<br>Bernstein-Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 |
| Citibank<br>PO Box 6217<br>Sioux Falls, SD 57117-6217 | Citibank<br>PO Box 790040<br>Saint Louis, MO 63179-0040 | Citibank/Sears<br>PO Box 6217<br>Sioux Falls, SD 57117-6217 |
| Citibank/Sears<br>PO Box 790040<br>Saint Louis, MO 63179-0040 | Colorado Department of Revenue<br>1881 Pierce Street<br>Denver, CO 80214-1407 | Colorado Department of Revenue<br>Attn: Bankruptcy<br>1881 Pierce St., Rm 104<br>Lakewood, CO 80214-1424 |
| Costco Citi Card<br>PO Box 6190<br>Sioux Falls, SD 57117-6190 | Costco Citi Card<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 | Discover Bank<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Discover Financial<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Financial<br>PO Box 30939<br>Salt Lake City, UT 84130-0939 | Discover Personal Loans<br>PO Box 30954<br>Salt Lake City, UT 84130-0954 |
| Hyundai Capital America DBA Hyundai Motor Fi<br>P.O. Box 20809<br>Fountain Valley, CA 92728-0809 | (p)HYUNDAI MOTOR FINANCE COMPANY<br>PO BOX 20809<br>FOUNTAIN VALLEY CA 92728-0809 | Hyundai Motor Finance<br>PO Box 20829<br>Fountain Valley, CA 92728-0829 |
| Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Jpmcb<br>700 Kansas Lane<br>Monroe, LA 71203-4774 |

| | | |
|---|---|---|
| Jpmcb<br>PO Box 15369<br>Wilmington, DE 19850-5369 | Kubota Credit Corp, USA<br>PO Box 2046<br>Grapevine, TX 76099-2046 | Kubota Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| Law Offices of Leonard R Higdon<br>6565 S Dayton St, Ste 3650<br>Englewood, CO 80111-6140 | Maui Mastermind<br>PO Box 1597<br>Jackson, WY 83001-1597 | PENNYMAC LOAN SERVICES, LLC<br>P.O. Box 2410<br>Moorpark, CA 93020-2410 |
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Pennymac Loan Services, LLC<br>PO Box 514387<br>Los Angeles, CA 90051-4387 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| SalesForce Tower<br>415 Mission Street, 3rd Floor<br>San Francisco, CA 94105-2504 | Small Business Administration<br>660 American Ave #301<br>King of Prussia, PA 19406-4032 | Starting Point Rehabilitation, Inc.<br>5255 Marshall Street, Suite 101<br>Arvada, CO 80002-3972 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | UPMC<br>PO Box 826813<br>Philadelphia, PA 19182-6813 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 |
| Wells Fargo Bank<br>PO Box 50014<br>Roanoke, VA 24040-5014 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| Joseph Quinn<br>Ross, Quinn & Ploppert, P.C.<br>192 S. Hanover Street<br>Suite 101<br>Pottstown, PA 19464-6096 | Sherry Lynn Young<br>5433 Peach Blossom Lane<br>Stewartstown, PA 17363-7640 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bankers Healthcare Group<br>10234 W. State Road 84<br>Fort Lauderdale, FL 33324 | (d)Bankers Healthcare Group<br>BHG Financial<br>201 Solar Street<br>Syracuse, NY 13204 | (d)Bankers Healthcare Group, LLC<br>201 Solar Street<br>Syracuse, NY 13204 |
| Hyundai Motor Finance<br>10550 Talbert Ave<br>Fountain Valley, CA 92708-6031 | PNC Bank, National Association<br>PO BOX 94982<br>Cleveland, OH 44101 | (d)PNC Financial<br>300 5th Avenue<br>Pittsburgh, PA 15222-2401 |

| | | |
|---|---|---|
| U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | (d)US Bank<br>PO Box 790408<br>Saint Louis, MO 63179-0408 | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)PENNYMAC LOAN SERVICES, LLC | (d)Discover Personal Loans<br>PO Box 30954<br>Salt Lake City, UT 84130-0954 | (u)Internal Revenue Service |

End of Label Matrix
Mailable recipients   49
Bypassed recipients    3
Total              52